In the Matter of the Petition of QUEENS COUNTY BAR ASSOCIATION with Respect to HENRY J. KLOPPENBURG, an Attorney, Respondent.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JACOB JAY LEVINE, Admitted as JACOB J. LEVINE, an Attorney and Counselor at Law, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

MARY BARRY, Respondent, v. BROOKLYN BUS CORPORATION, Appellant.— In an action brought to recover damages for personal injuries sustained by plaintiff when she fell to the floor of defendant's bus, through the alleged violent swerving and sudden stopping of the vehicle, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

NICHOLAS BERTINI, ANTHONY VERDONI, JOHN GRUBELIC, THOMAS GASPICH and JOHN VLAHOV, Plaintiffs, and FRANK BRANICA and AUGUSTIN VUKOW, Appellants, v. JOHN R. MURRAY, etc., and Others, Defendants, and MURAND ICE MANUFACTURING Co., INC., Respondent.— Order denying motion to remove an action pending in the Municipal Court of the City of New York to the Supreme Court, County of Queens, and consolidate such action with an action pending in the Supreme Court affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.